113 A.3d 266

IN THE MATTER OF IRVING TOBIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 179581957).

May 6, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–215, concluding that the ethics complaint filed against **IRVING TOBIN** of **HILLSIDE,** who was admitted to the bar of this State in 1957, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the complaint against **IRVING TOBIN** in District Docket No. XII–2013–0013E is hereby dismissed.